ANNA QUIRK, Respondent, *v.* MARY COYNE, Appellant.

*Quirk* v. *Coyne*, 173 App. Div. 924, appeal dismissed.

(Submitted November 26, 1917; decided December 4, 1917.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 31, 1916, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to foreclose a vendor's lien.

The motion was made upon the grounds that the judgment of affirmance by the Appellate Division was unanimous; that the exceptions were frivolous and present no question of law for review and that the appeal was taken for purpose of delay only.

*Wallace T. Stock* for motion.

*William M. Miller* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.